CARROLL O. DOUGHTY, as Administrator, etc., of FRANKLIN W. DOUGHTY, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23291.) FRANCES HUBBELL, as Administratrix, etc., of FAYETTE HUBBELL, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23373.) JOHN MUSSEN, as Guardian ad Litem for FRANKLIN MUSSEN, an Infant over the Age of Fourteen, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23374.) — These appeals are from three separate judgments of the Court of Claims dismissing the claims of above-named claimants. Evidence examined and found to sustain the judgments appealed from. The actions were in negligence arising out of an automobile accident at junction of the Elizabethtown-Keeseville highway and Willsboro highway. Judgments unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.